ZIVI *v.* EINSTEIN *et al.*

*(City Court of New York, General Term.* November 25, 1892.)

Appeal from special term.

Action by Barnard Zivi against Elias Einstein and Louis Nelke to recover the amount due plaintiff on a judgment against a full-liability corporation in which defendants are stockholders. From a judgment for plaintiff entered on an order striking out the answer as sham, defendants appeal. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

*Townsend, Dyett & Einstein,* for appellants. *James Murphy,* for respondent.

EHRLICH, C. J. The judgment entered herein must be affirmed, with costs, on opinion filed this day on affirming the order herein. 20 N. Y. Supp. 893.

FITZSIMONS, J., concurs.

NEWBURGER, J., (*dissenting.*) The judgment entered herein should be reversed, with costs, on opinion filed this day by me, on the appeal from the order herein. 20 N. Y. Supp. 893.